# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand and fifteen,

_____

United States of America,

                Appellee,

v.

Joel Cacace, John Capolino, AKA Johnny Cop, Nicholas Bova, Frank Campione, AKA Frankie Camp, Joseph Competiello, AKA Joey Caves, Dino Calabro, AKA Big Dino, Angelo Giangrande, Orlando Spado, AKA Ori Spado, Joseph DiGorga, Michael Catapano, Christopher Curanovic, John Franzese, AKA Sonny Franzese,

                Defendants,

Thomas Gioeli, AKA Tommy Shots, AKA Tommy Machines, Dino Saracino, AKA Dino Little

                Defendants - Appellants.

**ORDER**
Docket No. 14-903

_____

IT IS HEREBY ORDERED that the motion by Appellants for extension of time to file reply brief is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court